# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GHADER HEYDARI,

    Petitioner,

vs.

ATTORNEY GENERAL OF THE UNITED STATES, et al.,

    Respondents.

Case No. 2:17-cv-00472-APG-VCF

**ORDER**

    Before the court are the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 3) and respondents' opposition (ECF No. 9). Petitioner challenges only the length of time he has spent in immigration detention, and he asks only for immediate release from that detention. Respondents have proven to the court's satisfaction that petitioner has been removed from the United States and no longer is in immigration detention. The petition now is moot.

    Reasonable jurists would not find the court's determination to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that the petition for a writ of habeas corpus (ECF No. 3) is **DISMISSED** as moot. The clerk of the court shall enter judgment accordingly and close this action.

    IT IS FURTHER ORDERED that a certificate of appealability will not issue.

    DATED: November 17, 2017.

                                               ANDREW P. GORDON
                                               United States District Judge